## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
### (Convicted Montana Prisoners Only)

AUG 2 6 2024

Clerk, U.S. Courts
District of Montana
Helena Division

## In the United States District Court for the District of Montana

_Helena_ **Division**

(Please see Instruction 6.)

| Name of Petitioner: | Name of Respondent (Warden or Supervising Officer): |
|---|---|
| Darrell D. Smith | |
| vs. | |
| | and the Attorney General of the State of Montana |

| Prisoner No.: | Place of Confinement: | (Clerk Use Only): |
|---|---|---|
| 3017541 | Multnomah County Inverness Jail (11540 NE Inverness Dr Portland OR 97220) | |

### Instructions – Read Carefully

1. Use this form if you challenge the fact or duration of your custody under the authority of the State of Montana. Even if you believe 28 U.S.C. § 2254 does not apply, please use this form and answer its questions.

2. Your petition must be legibly handwritten or typed. You must tell the truth and sign the form. You may be prosecuted for perjury and/or one or more claims may be dismissed if you falsely state a material fact. _Answer all the questions._ You are not necessarily required to answer "yes" to all questions in order to proceed.

3. Use additional pages if necessary to state grounds for relief and/or facts you rely on to support relief. No brief or authorities need be furnished. If you choose to file a brief, please file it with your petition, but make it a separate document.

4. The filing fee is $5.00. If you cannot afford it, you may move to proceed in forma pauperis. Even if the motion is granted, you must pre-pay for copies of documents you request from the Clerk.

_Petitioner's Last Name_ _Smith_

5. You must set forth all grounds for relief you want the Judge to review and facts supporting your grounds for relief. You will likely be barred from presenting different grounds at a later date. Generally, you must exhaust available state court remedies as to each ground before you request action by the federal court. The one-year federal statute of limitations is tolled while you are challenging the judgment underlying this petition in *state* court, provided you comply with state procedural law and rules. *See* 28 U.S.C. § 2244(b), (d).

6. You are **not** required to serve this petition on the State. Mail the *original* petition to the Court with either the $5.00 filing fee or a motion to proceed in forma pauperis. Keep a copy for your files. If you challenge a decision of the Parole Board, file in the Helena Division. Otherwise, file where you were convicted:

<u>Billings Division</u>: *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
U.S. District Court Clerk, 2601 2nd Ave. North, Suite 1200, Billings, MT 59101

<u>Butte Division</u>: *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
U.S. District Court Clerk, Mike Mansfield Courthouse, 400 N. Main, Butte, MT 59701

<u>Great Falls Division</u>: *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties*
U.S. District Court Clerk, Missouri River Courthouse, 125 Central Ave. West, Great Falls, MT 59404

<u>Helena Division</u>: *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties*
U.S. District Court Clerk, Paul G. Hatfield Courthouse, 901 Front St., Ste. 2100, Helena, MT 59626

<u>Missoula Division</u>: *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, Sanders*
U.S. District Court Clerk, Russell Smith Courthouse, P.O. Box 8537, Missoula, MT 59807

# PETITION

1. Name of the state district court that entered the judgment you challenge and state district court case number:

Lewis & Clarke County / Helena / Helena Division

2. Date written judgment was entered or, if unknown, sentencing date:

Nov. 2018 / March 11th 2021
10 - 4 suspended        4 years suspended Consecutive

3.   What were you convicted of, or on what grounds was your probation revoked?

*Solicitation - Tampering with a witness*

4.   What sentence was imposed?

*10 years all but 4 years Suspended*
*MSP on Nov. 2nd 2018*   / *Bulloed into taking this.*
*4 years suspended consecutive*

5.   What was your plea?

(a)   Not guilty          ☒
(b)   Guilty              ☐
(c)   Nolo contendere or *Alford*   ☐

If you pleaded guilty or entered a nolo contendere or *Alford* plea on all counts, or if you entered such a plea on one or more counts and all other counts were dismissed, please go to Question Number 6.  If you entered a guilty plea to one or more counts, and maintained a not guilty plea on another count, please state your plea on each count:

6.   Did you appeal your conviction or sentence to the Montana Supreme Court?

Yes   ☒   →*Case Number and Date of Result:*
No    ☐   *Dec 8th 2020 Reversed and Remanded back for new trial.*

7.   Did you apply for relief to the Sentence Review Division?

Yes   ☐   →*Case Number and Date of Result:*
No    ☒

8.   Did you file a petition for certiorari in the United States Supreme Court?

Yes   ☐   →*Case Number and Date of Result:*
No    ☒

9.   Did you file in <u>state district court</u> a petition for postconviction relief?

Yes   ☐   →*Case Number and Date of Filing:*

No ☒

10.    Did you appeal the denial of any postconviction petition?

Yes ☐    → *Case Number and Date of Result:*
No ☒

11.    If you did not appeal the denial of any postconviction petition, explain briefly
why you did not:
Not sure what that is.

12.    Have you filed in the <u>Montana Supreme Court</u> a petition for writ of habeas
corpus?

Yes ☒    → *Case Number and Date of Result:*
No ☐         Just know

13.    State each ground on which you claim that you are being held unlawfully (*e.g.*,
Ground One: Confrontation Clause violation).  Briefly summarize the facts
supporting each ground and answer the questions following:

A.  Ground One:  Governors Warrent says the alleged crime took place in the wrong county
(i)  Supporting Facts:
Wrong County on Governors Warrent.

(ii)    Did you raise this issue in the Montana Supreme Court?

Direct Appeal                        ☐
Postconviction Appeal            ☐
Other: _____  ☐

*Petitioner's Last Name* _____ Smith _____

If so, what did the Montana Supreme Court decide? Check one or both:

Dismissed issue on procedural grounds    ☐
Denied issue for lack of merit            ☐

*Please provide the case number and date of result:*

(iii)   Did you ask the Montana Supreme Court to consider federal law in its decision?

Yes    ☐
No     ☒

(iv)   If you did not raise the claim before the Montana Supreme Court, explain briefly why not:

I wish they would but I'm not sure how to do that on my own.

B.  Ground Two:

Fugitive Warrant crime / Paperwork not in order.

(i) Supporting Facts:

Fugitive Complaint or Warrent said Felony Partner Family Member Assault. I have never had that charge.

(ii)   Did you raise this issue in the Montana Supreme Court?

Direct Appeal                                              ☐
Postconviction Appeal                                      ☐
Other: _____            ☐

If so, what did the Montana Supreme Court decide? Check one or both:

*Petitioner's Last Name* _____Smith_____

Dismissed issue on procedural grounds ☐
Denied issue for lack of merit ☐

*Please provide the case number and date of result:*

(iii) Did you ask the Montana Supreme Court to consider federal law in its decision?

Yes ☐
No ☒

(iv) If you did not raise the claim before the Montana Supreme Court, explain briefly why not:

Wish they would bot not on there own behalf I dint know how.

*If you have additional grounds for relief, please attach extra pages.*
*Set forth five subparagraphs for each additional ground for relief*
*and answer questions (i) thru (v) above for each ground.*

14. Do you have an action or appeal now pending in any court, state or federal, regarding the judgment or decision you challenge in this Petition?

Yes ☐ → *Case Number and Date of Filing:*
      *Name of Court:*
No ☒                    Solicitation - Tampering Witha Witness
                        4 Year Suspended Sentence Consecutive
If Yes, what issues do you raise in that case?        March 2021

15. Give the name of the attorney who represented you in the following stages:

(a) At change of plea hearing or at trial (whichever is applicable):

Shannedoha Roth /2018    Cant vember 2021
                         Alexander Pyle
(b) At sentencing:

Shannodoha Roth /2018

*Petitioner's Last Name* _____ Smith _____

(c)     On appeal:

*Shannondohah Roth 2018 Started it /Alexander Pyle*

(d)     In any post-conviction proceeding in state district court:

*Alexander Pyle 2021*                Self-Represented ☐

(e)     On appeal from any adverse ruling in a post-conviction proceeding:

*Alexander Pyle 2021*                Self-Represented ☐

(f)     In any state habeas proceeding:

Self-Represented ☐

16.    Would you like appointed counsel to assist you in this proceeding?

        Yes        ☒
        No         ☐

17.    Petitioner asks the Court to grant the following relief:

*I need help I have been screwed.*

and/or any other relief to which Petitioner may be entitled.

*David Smut*

_____

Signature of Petitioner's Attorney (if any)

**Petitioner's Declaration**

A.     I am the Petitioner in this case. I understand the submission of a false statement or false answer to any question may subject me to penalties for perjury. I declare under penalty of perjury that I have read this Petition, and the information I have set forth is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

B.     I will keep the Court informed of my current mailing address. I understand that failure to do so may result in dismissal of my case without actual notice to me.

C.    *Incarcerated Prisoners Only:* This Petition was deposited in the prison system for legal mail on:

the _2/_ day of ___August___, 20_24_.

_____Dawell Set_____
Petitioner's Signature

_____08/21/2024_____
Date Signed

Revised Jan. 2019