UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| In re: DARRELL DWAYNE SMITH,<br><br>Petitioner, | Case No. CV-24-56 -H-DWM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 4), this matter is DISMISSED.

    Dated this 29th day of August 2024.

                      TYLER P. GILMAN, CLERK

                      By: /s/ H. G.
                      H. G., Deputy Clerk